

Wingate Management Company, Inc.
managing agent for
Peterborough Housing

February 11, 2004

Ms. Beatrice Breslin
39 Peterborough Street
Apartment #44
Boston, MA 02215

**RE: Lease Violation**

Dear Bea:

You know Wingate Management Company and its staff both admires and respects you as a long-time resident of Peterborough Housing. That being expressed, however, I cannot turn a "blind eye" and allow you to break the lease by having your son, Chuck, live with you. The rule is -- a guest may stay with you for up to 14 days per calendar year.

Also, as I mentioned in our conversation of earlier today, I am concerned for your safety and that of your neighbors. Chuck's personality can be volatile and he can be heard yelling at you. In addition, he has taken to being friendly with a couple of Peterborough's more notorious residents. Known for extreme alcoholism and at times, outrageous behavior.

As you mentioned, Chuck has been helping you with laundry and shopping. I would be happy to set-up the services you may need with Elder Services. Lisa from the Senior Center is also available to address any services you wish to pursue.

Wingate Management Company does not discriminate on the basis of handicapped status in the admission or access to or treatment or employment in its federally assisted programs and activities. The person named below has been designated to coordinate compliance with the nondiscrimination requirements contained in the Dept. of Housing & Urban Development's regulations implementing Sec. 504 (24 CFR Part 8 dated June 2, 1988).

78 Peterborough Street, Suite 11 • Boston, MA 02215-4815 • Tel: (617) 236-1978 • Fax: (617) 236-1120



Professional Property Management        A subsidiary of Continental Wingate Company, Inc.



Ms. Beatrice Breslin  February 11, 2005
39-44  Page 2


I realize as a mother there is nothing greater than the love for a child and I also realize this is a very tough situation for you. I must, however, insist that Chuck find alternative housing by February 28, 2005.

If you wish to discuss this matter further, I would be happy to meet with you.

Sincerely,

Patricia Lane
Site Manager
Wingate Management Company

cc: John Breslin
57 Myrtle Avenue
Wakefield, MA

Paul Breslin
34 Kirk Street
No. Falmouth, MA