UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES D. MORRISON

VS.

WINGATE MGT. CO.

CIVIL ACTION

NO. 05-10353 RWZ

MOTION FOR APPOINTMENT OF COUNSEL

1. PURSUANT TO 28 USC § 1915 PLAINTIFF MOVES TO HAVE THE COURT APPOINT COUNSEL TO ASSIST PLAINTIFF IN THIS CASE.

II PLAINTIFF HAS BEEN UNABLE TO ENGAGE THE SERVICES OF AN ATTORNEY FOR SOME TIME ON ANY LEGAL MATTER.

*James D. Morrison*
JAMES D MORRISON
39 PETERBORO ST
BOSTON, MA 02215
TEL 617 262 2792

(4)