UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES D. MORRISON,<br><br>      Plaintiff,<br><br>      v.<br><br>WINGATE MANAGEMENT CO.,<br><br>      Defendant. | )<br>)<br>)<br>)  C.A. No. 05-10353-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

    Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915.

    The application to proceed without prepayment of fees is GRANTED.


SO ORDERED.


February 24, 2005          /s/ Rya W. Zobel
DATE                        UNITED STATES DISTRICT JUDGE