```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JAMES D. MORRISON,            )<br>                               )<br>        Plaintiff,             )<br>                               )<br>        v.                     )<br>                               )<br>WINGATE MANAGEMENT CO.,        )<br>                               )<br>        Defendant.             ) | C.A. No. 05-10353-RWZ |

### ORDER OF DISMISSAL

Zobel, D.J.

   In accordance with the Order dated February 24, 2005 dismissing this action for lack of subject matter jurisdiction, it is hereby ORDERED that this action is dismissed in its entirety.

                                         By the Court,

                                         /s/ Lisa Urso
                                         Deputy Clerk

February 25, 2005